**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00597-CV

————————————

## T & B ALEXANDER FAMILY LTD. PARTNERSHIP, Appellant

## V.

## CITY OF PEARLAND, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1249697**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed June 23, 2025. Appellant has not

paid for the clerk's record or the required fees nor established indigence for purposes

of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207,

51.208, 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the

Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). Appellant failed to respond to our notice of September 8, 2025 (non-payment for the clerk's record) and August 28, 2025 (past due filing fee), that, should appellant not pay the fee for the clerk's record or the filing fee or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.